**Opinion issued September 29, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00402-CV

————————————

**LAWRENCE BECKMAN AND DIANE BECKMAN, Appellants**

**V.**

**P.F.K. ENTERPRISES, INC. D/B/A FINAL TOUCH ROOFING, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-82399**

---

## MEMORANDUM OPINION

Appellants, Lawrence Beckman and Diane Beckman, have neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207,

51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.

2